

# NUMBER 13-20-00362-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE JASMINE B. CUELLAR

### On Petition for Writ of Mandamus and
### Relator's Emergency Motion for Temporary Relief

## ORDER

### Before Justices Hinojosa, Perkes, and Tijerina
### Order Per Curiam

Relator Jasmine B. Cuellar filed a petition for writ of mandamus and motion for emergency relief in the above cause on August 19, 2020. Relator contends that the Honorable Elia Cornejo Lopez, presiding judge of the 404th Judicial District Court of Cameron County, Texas, abused her discretion, leaving relator without an adequate appellate remedy, by granting the real party in interest, Adam T. Garcia, Jr.'s request for temporary orders pending the trial court's final ruling on his petition to modify the parent child relationship.

Through this original proceeding, relator seeks to vacate the trial court's August 10, 2020, temporary order which prevents relator from relocating her children from Cameron County, Texas to Harris County, Texas where relator currently resides, and provides relator a deadline of thirty days to reestablish her residence in Cameron County in order to maintain her right to designate the children's primary residence. Through her motion for emergency relief, relator seeks a stay of the trial court's temporary order until such time as we may fully consider the petition for writ of mandamus.

The Court previously ordered that the real party in interest, Adam T. Garcia, Jr., or any others whose interest would be directly affected by the relief sought, file a response to relator's petition for writ of mandamus and motion for emergency relief on or before August 27, 2020. *See* TEX. R. APP. P. 52.2, 52.4, 52.8. After the response deadline expired, Garcia filed a notice with this Court indicating that he will not be filing a response to the petition for writ of mandamus or the motion for emergency relief.

The Court, having examined and fully considered the motion for emergency relief is of the opinion that the motion should be granted. The motion for emergency relief is GRANTED and the trial court's August 10, 2020 temporary order is ordered STAYED pending further order of this Court, or until the case is finally decided. *See id*. R. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
1st day of September, 2020.